IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LORENZO A. SHELTON            )
                              )
v.                            ) NO. 3-10-0684
                              ) JUDGE CAMPBELL
GAYLE RAY, et al.             )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 67), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motion to Dismiss (Docket No. 50) filed by Defendants Ray, Fortner and Himes is GRANTED in part and DENIED in part. Plaintiff's claims against Defendants Ray and Fortner and Plaintiff's claims against Defendant Hines in her official capacity are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE