IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LORENZO A. SHELTON | ) |
| | ) |
| v. | ) NO. 3-10-0684 |
| | ) JUDGE CAMPBELL |
| GAYLE RAY, et al. | ) |

ORDER

Pending before the Court is Defendants' Motion to Continue Trial (Docket No. 149). The Motion is GRANTED. The jury trial of this action, currently set for August 6, 2013, is continued until October 1, 2013, at 9:00 a.m. The pretrial conference, currently set for July 15, 2013, is continued until September 20, 2013, at 2:00 p.m. All lawyers who will participate in the trial must attend the pretrial conference.

Pretrial Deadlines

The parties shall submit to the Court, by September 13, 2013, the following:

(1) proposed jury instructions and verdict forms;

(2) witness lists, except for witnesses solely for impeachment in accordance with Fed. R. Civ. P. 26(a)(3);

(3) exhibit lists, except for documents solely for impeachment in accordance with Fed. R. Civ. P. 26(a)(3);

(4) any stipulations;

(5) a short summary of their legal theories (no more than one page);

(6) a statement of the issues, including a designation of which issues are for the jury and which are for the Court;

(7) a succinct statement of the relief sought;

(8) a summary of any anticipated evidentiary disputes; and

(9) an estimate of the anticipated length of the trial.

## Motions in Limine and Objections to Experts

By September 6, 2013, the parties shall file any motions in limine and any motions objecting to expert testimony. Any responses to such motions shall be filed by September 13, 2013.

## Discovery

Expert witness disclosures shall be made timely, in accordance with Local Rule 39.01(c)(6)d. Supplement responses to interrogatories, requests for production and requests for admissions shall be made timely in accordance with Local Rules 33.01(c), 34.01 and 36.01. Objections to the use of a deposition at trial shall be made timely in accordance with Local Rules 32.01(b) and 39.01(d)(1). The Court may exclude evidence, or order other sanctions, for violation of a duty or deadline to make or supplement expert witness disclosures or discovery responses.

## Pretrial Conference

Plaintiff and counsel for the Defendants shall be prepared, at the Pretrial Conference, to:

(1) identify and discuss undisputed facts and issues;

(2) discuss the status of discovery;

(3) preview proposed testimony and discuss subpoenas for witnesses;

(4) discuss expert testimony;

(5) preview proposed exhibits;

(6) discuss motions in limine;

(7) discuss proposed jury instructions and verdict forms;

(8) discuss settlement; and

(9) discuss pretrial briefs.

IT IS SO ORDERED.

                                            TODD J. CAMPBELL
                                            UNITED STATES DISTRICT JUDGE