IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LORENZO SHELTON | ) |
| | ) |
| v. | ) NO. 3:10-0684 |
| | ) JUDGE CAMPBELL |
| JERRY DICKSON, et al. | ) |

ORDER

On the day of trial, counsel for the Defendants, Arthur Crownover, advised the Court that subpoenas were served on Christina Middleton and Mark Turney without payment of witness fees. Middleton and Turney appeared for trial notwithstanding the absence of witness fees.[1]

The Court informed Plaintiff Shelton that he was still responsible for witness fees and that if he did not pay them the Court would order the fees deducted from his account. Plaintiff understood and agreed.

IT IS SO ORDERED.

                                                                                                                  *Todd Campbell*
                                                                                TODD J. CAMPBELL
                                                                                UNITED STATES DISTRICT JUDGE

---

[1] Attorney Crownover advised the Court that Middleton and Turney arrived in Court in the van that transported the Defendants.